USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# ZUBRYCKI
62 Violet Hill Road; Rhinebeck, New York 12572

July 29, 2008

By Fax: 914-390-4152
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

RE: Zubrycki v. New York State, Dept. of Transportation et al
07-CIV-4735 (KMK)

Your Honor,

I am the Plaintiff in the above referenced matter. The New York State, Office of the Attorney General is representing defendants New York State, Department of Transportation, New York State, Department of Civil Service and New York State, Office of the State Comptroller.

As per your individual rules of practice, I obtained permission from Mike, from your chambers, to fax this letter. I am requesting an extension of time to serve a Third Amended Complaint due to the loss of my mother. The defendant's council has agreed to the revised schedule indicated below.

| Description | Current Scheduling Order | Revised Scheduling Order |
|---|---|---|
| Plaintiff to file a Third Amended Complaint | July 31, 2008 | August 30, 25008 |
| Defendants to advised the Court on their intended course of action; they may propose a revised briefing schedule for their motion to dismiss | August 20, 2008 | September 20, 2008 |

This is to request Your Honor's compassion in approving this request.

Very Truly Yours,

Kathleen Zubrycki
845-876-3542

Granted –
So Ordered.
7/28/08

cc: Mr. Aron Fischer / Mr. Roderick Arz, NYS Office of the Attorney General - By: US Mail